41 So.2d 919

## J. H. HART v. STATE.

### 6 Div. 734.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 925

## Maybelle HERRING v. STATE.

### 4 Div. 97.

Court of Appeals of Alabama.
March 4, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

38 So.2d 201

## Horace H. HICKS v. James MOORE.

### 5 Div. 270.

Court of Appeals of Alabama.
Nov. 9, 1948.

Wm. C. Hare, of Tuskegee, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed.

39 So.2d 57

## William HIGGINS v. STATE.

### 7 Div. 963.

Court of Appeals of Alabama.
Jan. 18, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

41 So.2d 919

## Ray HOBBS v. STATE.

### 7 Div. 994.

Court of Appeals of Alabama.
July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 919

## Robert HOLLAND v. STATE.

### 8 Div. 763.

Court of Appeals of Alabama.
May 24, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.